E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
RANEE A. KATZENSTEIN (Cal. Bar No. 187111)
Assistant United States Attorney
Criminal Appeals Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2432
     Facsimile: (213) 894-6269
     E-mail:    ranee.katzenstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | No. 2:24-CR-514-MRA |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MICHELLE BISNOFF, aka "Michelle Angeline Silverstein," aka "Shelly Silverstein," | **CURRENT TRIAL DATE:** 10/14/2024<br>**PROPOSED TRIAL DATE:** 2/11/2025 |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ranee A. Katzenstein, and defendant MICHELLE BISNOFF, also known as "Michelle Angeline Silverstein" and "Shelly Silverstein," ("defendant"), both individually and by and through her counsel of record, Kareem Shereef Aref, hereby stipulate as follows:

1.   The Indictment in this case was filed on August 23, 2024. (Dkt. 10.) Defendant first appeared before a judicial officer of the

1 court in which the charges in this case were pending on August 7,
2 2024. (Dkt. 7.) The Speedy Trial Act, 18 U.S.C. § 3161, originally
3 required that the trial commence on or before November 1, 2024.
4     2.  On September 3, 2024, the Court set a trial date of October
5 14, 2025, and a status conference date of September 26, 2024.
6     3.  Defendant is released on bond pending trial. The parties
7 estimate that the trial in this matter will last approximately eight
8 days.
9     4.  By this stipulation, defendant moves to continue the trial
10 date to February 11, 2025, and the status conference/motion
11 hearing/other date to January 23, 2025.  This is the first request
12 for a continuance.
13     5.  Defendant requests the continuance based upon the following
14 facts, which the parties believe demonstrate good cause to support
15 the appropriate findings under the Speedy Trial Act:
16         a.  Defendant is charged with nine violations of 15 U.S.C.
17 §§ 78j(b), 78ff and 17 C.F.R. § 240.10b-5: Securities Fraud; ten
18 violations of 18 U.S.C. § 1343: Wire Fraud; one violation of 18
19 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; and two violations
20 of 18 U.S.C. § 1957: Unlawful Monetary Transactions.  (Dkt. 10.) The
21 government has produced voluminous discovery to the defense,
22 including financial records; reports of witness interviews and
23 accompanying exhibits; and records of related litigation.  The
24 government anticipates providing additional discovery, including
25 materials obtained from the U.S. Securities & Exchange Commission,
26 within in the next two weeks.
27         b.  Defense counsel is presently on paternity leave, which
28 will continue to November 1, 2024.  He is scheduled to be trial in

2

*People v. Jose Mejia*, Case no. PA099482 (Los Angeles Superior Court) in early November 2024; in *People v. Moses Casillas*. Case no. VA161604 (Los Angeles Superior Court), in late November or early December 2024; and in *People v. Julianne Cele*, Case no. BA503877 (Los Angeles Superior Court) in late December.  Accordingly, counsel represents that he will not be available to try the case on the current trial date and will not have the time that he believes is necessary to prepare to try this case before the proposed new trial date.

        c.    In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.    Defendant believes that failure to grant the continuance will deny her continuity of counsel and adequate representation.

        e.    The government does not object to the continuance.

        f.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

6. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of October 14, 2024, to February 11, 2025, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

1  Dated: Sept. __, 2024              Respectfully submitted,

2                                      E. MARTIN ESTRADA
                                       United States Attorney

3                                      MACK E. JENKINS
4                                      Assistant United States Attorney
                                       Chief, Criminal Division
5

6                                              /s/
                                       RANEE A. KATZENSTEIN
7                                      Assistant United States Attorney

8                                      Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
9

10

11

12     I am Michelle Bisnoff's attorney.  I have carefully discussed

13  every part of this stipulation and the continuance of the trial date

14  with my client. I have fully informed my client of her Speedy Trial

15  rights.  To my knowledge, my client understands those rights and

16  agrees to waive them.  I believe that my client's decision to give up

17  the right to be brought to trial earlier than February 11, 2025, is

18  an informed and voluntary one.

19                                                       9/20/2024
   _____          _____
20  KAREEM SHEREEF AREF                     Sept. 20, 2024
    Attorney for Defendant
21  Michelle Bisnoff

22

23

24     I have read this stipulation and have carefully discussed it

25  with my attorney. I understand my Speedy Trial rights.  I voluntarily

26  agree to the continuance of the trial date, and give up my right to

27  be brought to trial earlier than February 11, 2025. I understand that

28  I will be ordered to appear in Courtroom 10B of the Federal

5

1  Courthouse, 350 W. 1st Street, Los Angeles, California on February
2  11, 2025, at 8:30 a.m.

3  ⁄s⁄ _____          9/23/2024
4  MICHELLE BISNOFF                              Sept. 23, 2025
   Defendant

6