|  |  |
|---|---|
| E. MARTIN ESTRADA<br>United States Attorney<br>MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division<br>RANEE A. KATZENSTEIN (Cal. Bar No. 187111)<br>Assistant United States Attorney<br>Criminal Appeals Section<br>     1000 United States Courthouse<br>     312 North Spring Street<br>     Los Angeles, California 90012<br>     Telephone: (213) 894-2432<br>     Facsimile: (213) 894-6269<br>     E-mail:   ranee.katzenstein@usdoj.gov<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | NOTE: CHANGES MADE BY THE COURT |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>MICHELLE BISNOFF,<br>  aka "Michelle Angeline<br>     Silverstein,"<br>aka "Shelly Silverstein,"<br><br>          Defendant. | No. 2:24-cr-514-MRA<br><br>ORDER CONTINUING TRIAL <u>DATE AND FINDINGS REGARDING</u> <u>EXCLUDABLE TIME PERIODS PURSUANT</u> <u>TO SPEEDY TRIAL ACT</u><br><br>**NEW TRIAL DATE: 02-10-2025**<br>**NEW PRETRIAL CONF:01-23-2025** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 23, 2024.  The Court hereby finds the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

1     The Court further finds that: (i) the ends of justice served by
2 the continuance outweigh the best interest of the public and
3 defendant in a speedy trial; (ii) failure to grant the continuance
4 would be likely to make a continuation of the proceeding impossible,
5 or result in a miscarriage of justice; and (iii) failure to grant the
6 continuance would unreasonably deny defendant continuity of counsel
7 and would deny defense counsel the reasonable time necessary for
8 effective preparation, taking into account the exercise of due
9 diligence.
10     THEREFORE, FOR GOOD CAUSE SHOWN:
11     1.  The trial in this matter is continued from October 14,
12 2024, to February 10, 2025 at 8:30 a.m. The pretrial conference
13 hearing is continued to January 23, 2025 at 10:30 a.m.
14     2.  The time period of October 14, 2024, to February 10, 2025,
15 inclusive, is excluded in computing the time within which the trial
16 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
17 and (B)(iv).
18     3.  Defendant shall appear in Courtroom 10B of the Federal
19 Courthouse, 350 W. 1st Street, Los Angeles, California on February
20 11, 2025, at 8:30 a.m.
21     4.  Nothing in this Order shall preclude a finding that other
22 provisions of the Speedy Trial Act dictate that additional time
23 periods are excluded from the period within which trial must
24 commence.  Moreover, the same provisions and/or other provisions of
25 the Speedy Trial Act may in the future authorize the exclusion of
26 ///
27 ///
28

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 23, 2024
DATE

*Mónica R. Almadani* (signature)
HONORABLE MÓNICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
Ranee A. Katzenstein
Assistant United States Attorney

3